

300 Carnegie Center, Suite 150, Princeton, NJ 08540
Tel: (201) 687-9977   Facsimile: (201) 595-0308   Toll: (866) 216-4124
Florida ● New Jersey ● New York

May 25, 2025

**VIA CM/ECF FILING**
Hon. Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
MLK Bldg. & U.S. Courthouse, 2B
50 Walnut Street
Newark, NJ 07101

          Re:    Roberto Bermudez, et al. v. Mak Pharma USA, et al.
                Civil Action No. 2:24-cv-07737-MCA-JSA

Dear Judge Allen:

      This firm represents Plaintiffs in the above-captioned matter. Please accept the parties' draft documents attached hereto for the purpose of providing putative class members in this matter an opportunity to join this action. We respectfully request that Your Honor review and approve these documents to permit the parties to send them to the putative class members.

      We thank the Court for its attention and consideration of this request.

                              Respectfully Submitted,

                              /s/Andrew I. Glenn
                              Andrew I. Glenn, Esq.

cc: Joshua L. Weiner, Esq (via CM/ECF)